```
         FILED      ___ LODGED
         RECEIVED   ___ COPY

              JUN -1 2022

         CLERK U S DISTRICT COURT
           DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-22-602-PHX-SMB |
| Plaintiff, | Mag. No. 22-01663MJ |
| v. | |
| Joel Rivera-Valdez, a.k.a. Joel Rivera Valdez, | **WAIVER OF INDICTMENT** |
| Defendant. | |

The above-named defendant, who is accused of violating Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), being advised of the nature of the charge and of his/her rights, waives in open court prosecution by indictment and consents that the matter may proceed by information instead of by indictment.

_____ (For Clnt)
JOEL RIVERA-VALDEZ
Defendant

_____
GEORGE J. ROMERO
Attorney for Defendant

Date  5/24/22

- 3 -